SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS BAHAM, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICE OF THE EX-OFFICIO LAS VEGAS TOWNSHIP, *et al.*,<br><br>                Defendants. | **Case No.:** 2:25-cv-00912-GMN-EJY<br><br>**STIPULATION AND ORDER TO WAIVE SERVICE AND SET DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

83163808;1

Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) agrees to waive service of the Summons and First Amended Complaint in this action. As part of this waiver, Shellpoint expressly retains all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the actions, but waives any objection to the absence of service.

In light of the foregoing, Shellpoint and Plaintiff Dennis Baham stipulate and agree that Shellpoint shall have until **October 10, 2025** to file its responsive pleading in this matter.

DATED September 16, 2025.

| **AKERMAN LLP** | **DENNIS BAHAM** |
|---|---|
| /s/ Nicholas E. Belay | /s/ Dennis Baham |
| SCOTT R. LACHMAN, ESQ. | DENNIS BAHAM |
| Nevada Bar No. 12016 | 4701 Lawrence St., Unit 2177 |
| NICHOLAS E. BELAY, ESQ. | Las Vegas, NV 889081 |
| Nevada Bar No. 15157 | |
| 1180 N. Town Center Dr., Suite 290 | *Pro Se Plaintiff* |
| Las Vegas, NV 89144 | |
| | |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 17, 2025

83163808;1