UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS BAHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICE OF THE EX-OFFICIO LAS VEGAS TOWNSHIP, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　Defendants. | Case No. 2:25-cv-00912-GMN-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to Amend Summons. ECF No. 31. Plaintiff seeks to serve Jacob Reynolds in compliance with NRS 41.031(2) and Nevada Rule of Civil Procedure 4.2(d). The Court's review of NRS 41.031(2) demonstrates it does not apply to individual employees of the State. However, Nev. R. Civ. P. 4.2(d) requires "[a]ny current or former public officer or employee of the State who is sued in his or her official capacity or his or her individual capacity for an act or omission relating to his or her public duties or employment must be served by delivering a copy of the summons and complaint to: (A) the Attorney General, or a person designated by the Attorney General to receive service of process, at the Office of the Attorney General in Carson City; and (B) the current or former public officer or employee, or an agent designated by him or her to receive service of process." Thus, the summons and complaint issued to Jacob Reynolds must be "delivered" to the Attorney General and served on Mr. Reynolds.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Summons (ECF No. 31) is GRANTED in part and DENIED in part.

　　　　IT IS FURTHER ORDERED that the Clerk of Court must issue a Summons addressed to Judge Jacob Reynolds, Eighth Judicial District Court, Dept. 29.

1        IT IS FURTHER ORDERED that a copy of the Summons and Complaint, together with a copy of this Order, must be delivered by Plaintiff to the Nevada Attorney General's Office in Carson City, Nevada.

       Dated this 1st day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE